6-29-15

ABEL ACOSTA, CLERK
C.O.C. OF TEXAS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

73,971-02
RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 01 2015
Abel Acosta, Clerk

RE: Trial Court Case No. 2014CR2945
STYLE: STATE OF TEXAS Vs. STEVEN MITCHELL GARY
TRIAL DATE SET: AUGUST 10th 2015

ABEL ACOSTA:

ALL I'm asking this Great Court Is to Not allow any more delays. Resets or CONTINUANCES by prosecution IN the above matter I've been INCARCERATED SINCE 12-22-13 with no bail and have suffered IRREPERABLE harm and reset more than 5 Times.

I have a Constitutional Right to a Speedy trial and with that authority I "DEMAND NO MORE CONTINUANCES OR DELAY" I have a TRIAL DATE Set for 8-10-15 I'm DEMANDING we start on that day OR Give me all Relief I am entitled. I Thank-You IN ADVANCE.

Respectfully Submitted

Steven Mitchell Gary

STATE OF TEXAS          CAUSE NO. 2014 CR2945      IN THE DISTRICT COURT

VS.                                                175th JUDICIAL DISTRICT

STEVEN MITCHELL GARY                               BEXAR COUNTY, TEXAS

WRIT OF HABEUS CORPUS RIGHT TO A SPEEDY TRIAL RELIEF
BECAUSE OF DELAY

NOW COMES the Defendant, STEVEN MITCHELL GARY with the authority of the sixth amendment to the U.S.C. also article I section 10 of the Texas Constitution, article 28 section 6 of the Texas practice and Courtroom procedures, Moves this court to Grant an Speedy Trial and any Releif Entitled to him, and IN Support hereof, would show the following:

A Speedy Trial means a Reasonably Speedy trial and the Right to It may be Secured by a WRIT OF HABEUS Corpus. See Rutherford Vs. STATE 16. Tex APP 649 (1884) STATE Vs. Bond MORGAN Vs Bond 114T. 468,271 S.W. 379 (1925) TEXAS PRACTICE Chapter 32.01 and 28.

The sixth amendment to the U.S. constitution IS an Important safe Guard to prevent Undue and oppressive Incarceration prior to trial, to minimise anxiety and Concern accompanying public accusation and to limit the possibilities that long delay will Impair the ability of an accused to defend himself.

The delay Violates the Defendants Constitutional Right to a Speedy trial "RELIEF MUST BE GRANTED"

THE Delay has caused IRREPERABLE HARM to the Defendants Social and financial BackGrounds along with oppressive INCARCERATION and this PRE-trial Delay has caused an unfairness to the accused. Defendant at all times has been Ready for trial and the delay Not of his doing.

THE PROSECUTION has NO witness and the complaintant has filed an affidavit of Non PROSECUTION and prosecution Is being prejudiced that I cannot obtain a trial.

Trial has been RE-SET 5 times due to prosecutions Inability to obtain OR Locate the witness OR complaintant IN this cause and due to prosecutions Inability to prosecute I the Defendant has suffered IRREPERABLY HARM also Violations of his federally Guaranteed and STATE OF TEXAS Constitutional Rights

IN ORDER to challenge the constitutionality of a statute, a defendant must show that the Statute Is being unconstitutionally applied to him. "Cantu Vs. STATE, 939 S.W.2d 627, 643" (Tex.CRIM.App. 1997). Defendant thus says that this Is his case.

WHEREFORE, PREMISES CONSIDERED. Defendant prays for Releif stated and any other Releif to which he Is Entitled.

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp.02-22-2019

Steven M. Gay